IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


ROBERT G. GAINES                    )
                                    )
v.                                  ) NO. 3-11-0452
                                    ) JUDGE CAMPBELL
WESTERN EXPRESS, INC.               )


ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 15).

For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE