IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERT G. GAINES )
)
v. ) NO. 3-11-0452
) JUDGE CAMPBELL
WESTERN EXPRESS, INC. )

ORDER

The parties have filed a Stipulation for Dismissal (Docket No. 29), indicating that all matters herein have been resolved. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. The jury trial set for July 17, 2012, and the pretrial conference set for July 9, 2012, are canceled. Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE